UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUDOLPH ELLIS,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>B. GUTIERREZ, et al.,<br><br>　　　　　　Defendants. | Case No.: 1:26-cv-00424-SKO<br><br>**ORDER DIRECTING CLERK OF THE COURT TO FILE COMPLAINT IN CASE NUMBER 1:21-cv-01539-JLT-BAM**<br><br>**ORDER VACATING ORDER ISSUED JANUARY 22, 2026**<br><br>(Doc. 3)<br><br>**ORDER ADMINISTRATIVELY CLOSING INSTANT CASE AS OPENED IN ERROR** |

Plaintiff Rudolph Ellis is appearing pro se in this civil rights action pursuant to 42 U.S.C. section 1983.

## I.　BACKGROUND

A complaint was filed in this action on January 20, 2026. (Doc. 1.)  New case documents issued January 21, 2026. (Doc. 2.) The following day, the Court issued its Order to Submit Application to Proceed In Forma Pauperis or Pay Filing Fee Within 45 Days. (Doc. 3.)

On February 12, 2026, Plaintiff filed a document titled "Requesting that the case assigned be reassigned under case no. 1:21-cv-01539-BAM (PC), due to misunderstanding." (Doc. 4.)

//

//

## II.   DISCUSSION

Plaintiff states that on October 9, 2025, he was "to file a second amended [complaint]" which he submitted on January 14, 2026, but inadvertently omitted any reference to a "'second amended complaint.'" On January 28, 2026, when Plaintiff received "an order to proceed," he was confused and "didn't understand why [he] was being charged again."

On February 3, 2026, Plaintiff received findings and recommendations to dismiss the action without prejudice for failure to obey court orders and failure to prosecute. Plaintiff states he realized there "was a misunderstanding," and ask the Court to "fix this error" because he timely filed his second amended complaint.

The Court has conducted a review of the docket in *Ellis v. Santoro, et al.,* case number 1:21-cv-01539-JLT-BAM. On October 9, 2025, Magistrate Judge Barbara A. McAuliffe issued her Screening Order Granting Plaintiff Leave to File Amended Complaint or Notify Court of Willingness to Proceed on Cognizable Claims. (1:21-cv-01539, Docket Entry No. 18.) Plaintiff was granted 30 days within which to respond. (*Id*.) When Plaintiff failed to respond, on January 27, 2026, Judge McAuliffe issued an Order Directing Clerk of Court to Randomly Assign District Judge to Action and Findings and Recommendations to Dismiss Action, Without Prejudice, for Failure to Obey Court Orders and Failure to Prosecute. (1:21-cv-01539, Docket Entry No. 25.) Plaintiff filed objections on February 12, 2026, noting a misunderstanding and asserting he had complied with the Court's order. (1:21-cv-01539, Docket Entry No. 26.) The undersigned concludes this action was opened in error following Plaintiff's submission of a complaint that did not bear either a case number or the title "second amended complaint."

The Court will direct the Clerk of the Court to file the complaint filed in this action on January 20, 2026, in case number 1:21-cv-01539, as a second amended complaint. Further, it will vacate the Order filed January 22, 2026, in this action. The Clerk of the Court is directed to administratively close this action.

## III.   CONCLUSION AND ORDER

Accordingly, the Court **HEREBY ORDERS**:

1.  The Clerk of the Court is **DIRECTED** to file the complaint filed January 20, 2026

2

(Doc. 1), in the action titled *Ellis v. Santoro, et al.*, Case No. 1:21-cv-01539-JLT-BAM *and* shall designate it as a "second amended complaint."

2.  The Order issued January 22, 2026 (Doc. 3), in this action, is **VACATED**; and

3.  The Clerk of the Court **SHALL** administratively close this action bearing Case No. 1:26-cv-00424-SKO.

IT IS SO ORDERED.

Dated:   **February 13, 2026**                    /s/ *Sheila K. Oberto*
                                        UNITED STATES MAGISTRATE JUDGE

3